**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Marcia B Halbert, | ) | Honorable Judge Deborah L. Thorne |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-42985 |
| | ) | |
| | ) | Hearing Date: March 21, 2016 |
| | ) | Hearing Time: 9:00 a.m. |

**NOTICE OF MOTION**

To:   See Attached Service List

PLEASE TAKE NOTICE that on March 21, 2016 at 9:00 A.M., I shall appear before the Honorable Deborah L. Thorne, or before any other judge sitting in her stead in Courtroom 613 at the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604, and shall then and there present the Debtor's MOTION TO GRANT DEBTOR AN IMMEDIATE DISCHARGE pursuant to 11 U.S.C. § 1328(a), a copy of which is enclosed and is herewith served upon you.  At which time and place you may appear and be heard.

        Respectfully Submitted,
        Marcia B. Halbert
        By:

        /s/ Forrest L. Ingram
        One of Debtor's Attorneys

Forrest L. Ingram, Attorney at Law
6101E N. Sheridan Rd., #9A
Chicago, IL 60660
(773) 761-3933
fingram@fingramlaw.com
Atty. No. 3129032

**CERTIFICATE OF SERVICE**

I, Forrest L. Ingram, the undersigned attorney, certify that I served a true and correct copy of the foregoing Notice and the document to which it refers on all parties entitled to service at the addresses listed on the attached Service List, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 6101E N. Sheridan Rd., #9A, Chicago, Illinois, on or before 5:00 p.m. on the 12th day of March 2016.

        /s/ Forrest L. Ingram

## Service List

**By EFC:**

Patrick S. Lyang
Office of U.s. Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604

Marilyn O. Marshall, Trustee
224 S. Michigan Ave., Suite 800
Chicago, IL 60604

**By U.S. Mail**

Marcia B. Halbert
P.O. Box 4627
Chicago, IL 60680

ADT Security Services
P.O. Box 371967
Pittsburgh, PA 12550-7967

Americas Servicing Co
8480 Stagecoach Circle
Frederick, MD 21701

Bank of America
Attn: Recovery Department
4161 Piedmont Pkwy.
Greensboro, NC 27410

Bill Me Later/Paypal
PO Box 105658
Atlanta, GA 30348

Chase
P.O. Box 15298
Wilmington, DE 19850

Citibank Sd, NA
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 94195

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416

First Financial Credit
5550 W. Touhy
Skokie, IL 60077

Greentree Lending Service
P.O. Box 6172
Rapid City, SD 57709-6172

National Education Service
200 W. Monroe St., Ste 700
Chicago, IL 60606

Nordstrom FSB
Attn: Bankruptcy Dept.
P.O. Box 6566
Englewood, CO 80155

Pennymac Loan Services
Attn: Bankruptcy
P.O. Box 514357
Los Angeles, CA 90051

Specialized Loan Service
Attn: Bankruptcy
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Target N.b.
P.O. Box 673
Minneapolis, MN 55440

Village of Hillside
425 Hillside Ave.
Hillside, IL 60162

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Marcia B. Halbert, | ) | Honorable Judge Deborah L. Thorne |
| | ) | |
| Debtor. | ) | Case No. 13-42985 |
| | ) | |
| | ) | Hearing Date: March 21, 2016 |
| | ) | Hearing Time: 9:00 a.m. |

**MOTION TO GRANT DEBTOR AN IMMEDIATE DISCHARGE**
**Pursuant to 11 U.S.C. § 1328(a)**

NOW COMES the Debtor, Marcia B. Halbert, by and through her attorney FORREST L. INGRAM, and, pursuant to 11 U.S.C. § 1328(a), and Bankruptcy Rules 9013 and 9006(d), moves this honorable court to grant the Debtor an immediate discharge of all her dischargeable debt. In support of the motion, the Debtor states as follows:

1. The Debtor filed her chapter 13 case and all her schedules on November 1, 2013, along with her Certificate of Credit Counseling and a chapter 13 plan.

2. The § 341(a) Meeting of Creditors was held and concluded on December 30, 2013.

3. A modified Chapter 13 plan was filed on January 22, 2014 (Doc. 18) and that plan was confirmed by order of court on March 19, 2014 (Doc. 46).

4. The modified plan provided for the Debtor to pay the trustee $1,702 per month for the first six months, and then to pay the trustee $107 per month for the remaining 54 months of the 60-month plan. Doc. 18, ¶D.1.

5. However, the Trustee also received two of the Debtor's tax refunds in the sums of $4,355.00 and $1,263.00.

6. Further, the Trustee informed the Debtor that her total pay-off as of 3/10/16 was $3,362.60, but that the Trustee would refund any over-payment.

1

7. The Debtor, having reviewed her chapter 13 plan payments on-line from the national Data Center, found the following payment data:

    a. Plan Base: $21,608.00

    b. Total paid into the plan: $18,241.00

    c. Total paid to all parties: $18,135.46

    d. Total paid to the Trustee: $808.74

8. By her own calculations, the Debtor determined that the pay-off amount should be $3,367.00 rather than $3,362.00.

9. Therefore, on March 10, 2016, the Debtor sent to the chapter 13 Marilyn Marshall a cashier's check in the sum of $3,367.00 to pay off all amounts remaining to be paid under her Chapter 13 plan. A copy of the check is attached hereto as **Exhibit A.**

10. On January 6, 2014, the Debtor already filed the required Certification of Completion of Instructional Course Concerning Personal Financial Management. Doc. 15.

11. Since the Debtor has fulfilled in advance all of her requirements under the confirmed Chapter 13 plan, she is entitled to obtain a discharge of all her dischargeable debts.

12. Section 1328(a) of the Bankruptcy Code provides in pertinent part that: "as soon as practicable after completion by the debtor of all payments under the plan . . .the court shall grant the debtor a discharge of all debts provided for by the plan or disallowed under section 502 of this title." § 1328(a).

13. Since the Debtor has now completed making all the payments required under the plan and has thus fulfilled all the pertinent provisions of § 1328(a), she is entitled to obtain from the court a discharge of all her dischargeable debts.

**WHEREFORE**, the Debtor Marcia B. Halbert respectfully prays this Court to enter an order, under 11 U.S.C. § 1328(a), discharging the Debtor of all her dischargeable debts, thereby concluding her chapter 13 plan. The Debtor asks for such other and further relief as shall be just.

Respectfully submitted,

/s/ Forrest Ingram
Attorney for the Debtor

Forrest L. Ingram, Attorney at Law
6101E N. Sheridan Rd., #9A
Chicago, IL 60660
(773) 761-3933
fingram@fingramlaw.com
Atty. No. 3129032

3